FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 NOV -4  AM 7: 35

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DAVID LAPELL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 04-742** |
| **BURL CAIN, ET AL** | **SECTION "N" (3)** |

### ORDER

The Court, after considering the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation filed by the petitioner on August 8, 2005 hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion herein. Therefore,

**IT IS ORDERED** that David Lapell's petition for issuance of a Writ of Habeas Corpus filed pursuant to Title 28 U.S.C. § 2254 is **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this 2nd day of November 2005.

_____
UNITED STATES DISTRICT JUDGE