UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 JUN 13 AM 10:55
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| **DAVID LAPELL** | CIVIL ACTION |
| **VERSUS** | NO. 04-742 |
| **BURL CAIN, WARDEN, LOUISIANA STATE PENITENTIARY** | SECTION: "N"(3) |

## O R D E R

The Court, having considered the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of party to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the notice of appeal filed by petitioner in this matter was timely filed. The Clerk of Court shall return this case to the United States Fifth Circuit Court of Appeals for further proceedings.

New Orleans, Louisiana, this 13th day of June, 2006.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
X   Dktd_____
___ CtRmDep_____
___ Doc. No._____